# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1217          **Short Title:** Washington v. Turner

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Washington _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Andrew R.W. Hughes _____          March 2, 2026 _____
Signature                                                    Date

Andrew R.W. Hughes _____
Name

Washington State Office of the Attorney General          206-498-8113 _____
Firm Name (if applicable)                                              Telephone Number

800 5th Avenue, Suite 2000 _____          _____
Address                                                                          Fax Number

Seattle, WA 98104 _____          Andrew.Hughes@atg.wa.gov _____
City, State, Zip Code                                          Email (required)

Court of Appeals Bar Number: 1215542 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).