# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1217      **Short Title:** Washington v. Turner

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Washington</u> as the

[ ] appellant(s)      [✓] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ Cristina Sepe</u>
Signature

<u>Cristina Sepe</u>
Name

<u>Washington State Office of the Attorney General</u>
Firm Name (if applicable)

<u>800 5th Avenue</u>
Address

<u>Seattle, WA 98104</u>
City, State, Zip Code

Court of Appeals Bar Number: <u>1217737</u>

<u>March 2, 2026</u>
Date

<u>206-464-7744</u>
Telephone Number

_____
Fax Number

<u>Cristina.Sepe@atg.wa.gov</u>
Email (required)

Has this case or any related case previously been on appeal?

[✔] No      [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).