# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1217        **Short Title:** Washington v. Turner

     The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Rhode Island _____ as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)


/s/ Leonard Giarrano IV _____        March 3, 2026 _____
Signature                                Date

Leonard Giarrano IV _____
Name

Rhode Island Office of the Attorney General        401-274-4400 _____
Firm Name (if applicable)                            Telephone Number

150 South Main Street _____        401-222-2295 _____
Address                                Fax Number

Providence, RI 02903 _____        lgiarrano@riag.ri.gov _____
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1215518 _____


Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No._____
====================================================================

    **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

    **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).