IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF WASHINGTON, et al.,

        Plaintiffs-Appellees,

        v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, et al.,

        Defendants-Appellants.

No. 26-1217

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL
UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

Pursuant to Federal Rule of Appellate Procedure 42(b), the federal government

hereby respectfully moves to voluntarily dismiss its appeal, with each side to bear its

own costs. Plaintiffs do not oppose this request.

Respectfully submitted,

DANIEL TENNY

/s/ Sarah Clark Griffin
SARAH CLARK GRIFFIN
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7216*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Washington, D.C. 20530*
APRIL 2026        *202-305-8727*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 35 words, according to the count of Microsoft Word.

*/s/ Sarah Clark Griffin*
Sarah Clark Griffin

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I filed and served the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Sarah Clark Griffin*
Sarah Clark Griffin