# United States Court of Appeals
## For the First Circuit

No. 26-1217

STATE OF WASHINGTON; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR ex rel. ANDY BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF OREGON; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF VERMONT; STATE OF WISCONSIN; STATE OF NEW MEXICO,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants.

**JUDGMENT**

Entered: April 22, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Andrew R.W. Hughes, Cristina Sepe, Zane Muller, Aliana Claire Knoepfler, Andrea Alegrett, Rabia Muqaddam, Victoria Ochoa, Judith N. Vale, Kathryn M. Sabatini, Jordan G. Mickman, Leonard Giarrano IV, Hayleigh S. Crawford, Michael Louis Newman, Brian Jeffrey Bilford, Jarrell Mitchell, Lauren Greenawalt, David Moskowitz, Andrew M. Ammirati, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Alex Hemmer, Laura Crittenden Tipton, Steven Travis Mayo, Katherine Thompson, James C. Luh, Katherine B. Dirks, Nita Kumaraswami Klunder, Michelle R. Pascucci, Aaron Dulles, Neil Giovanatti, Brian S. Carter, Shankar Duraiswamy, Daniel P. Resler, Robert A. Koch, Scott P. Kennedy, Michael J. Fischer, Samuel B. Stratton, Jonathan T. Rose, Faye B. Hipsman, Anjana Samant, Lauren S. Zurier, Daniel Tenny, Kevin M. Bolan, Sarah Clark Griffin